JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAYSHAWN McGRUDER, | ) Case No. CV 19-10293-CJC (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| LOS ANGELES COUNTY HEALTH AGENCY, | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing Actions with Prejudice for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 30, 2019

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE